RONALD J. HERRON et al., Respondents, v ESSEX INSURANCE COMPANY, Respondent, and HIGH PEAK AGENCY, INC., Appellant, et al., Defendant.

Submitted December 18, 2006; decided February 15, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge JONES taking no part.